FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIZARDO CAVA SEVILLA, JR.,<br><br>Defendant. | Criminal Case No. 00-00059<br><br><br><br>ORDER |

This matter is before the Court on Defendant Felizardo Cava Sevilla, Jr.'s ("Sevilla") "Motion to Transfer to INS Detention Center at El Paso, Texas." *See* Docket No. 37. The Court finds that Sevilla's motion is moot. The Court has received information that Sevilla was deported to the Philippines on August 2, 2005. *See* attached documentation. Accordingly, Sevilla's motion is DENIED.

**SO ORDERED** this 26 day of September, 2005.

Lloyd D. George[*]
United States District Judge

---

[*] The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.

## FOR DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT USE ONLY

| NAME: | SEVILLA, Felizardo Cava | Case No. | 00-00059-001 | Alien # SSN # USMS # FBI # | [redacted] |
|---|---|---|---|---|---|

STATUS:

☒ Deported, when and where: August 2, 2005, through Las Vegas, NV

☐ Granted Asylum, when and where released: _____

☐ Pending court appearance, hearing date: _____

☐ Confined at Department of Corrections, Mangilao, Guam.

☐ Other: _____

ENTERED
AUG 2 5 2005

COMMENTS:

| Residential Address: | Contact No.: | Employer: |
|---|---|---|
| | | |

IMMIGRATION OFFICER: Ricardo Franco    DATE: 8/4/2005

**PLEASE PROVIDE DOCUMENTATION SUPPORTING THE DEFENDANT'S STATUS.**

**Please return form to:**   U.S. Probation Office
District of Guam
Attn: Jeanette T. Tudela
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Fax: (671) 473-9202