# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

**USA,**

           Plaintiff,

    vs.                                 **Case No: 1:00-cr-00059-001**

**Felizardo C. Sevilla,**

           Defendant.

The following entities were served by first class mail on September 27, 2005:

    Felizardo C. Sevilla

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*Order re Motion to Transfer to INS Detention Center at El Paso, Texas*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 27, 2005                        /s/ Marilyn B. Alcon
                                                                     Deputy Clerk